IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LLOYD COOK,                                             No. 3:13-cv-01372-HZ

                Plaintiff,

      v.

CAROLYN COLVIN, Acting                        ORDER
Commissioner of Social Security,

                Defendant.

      Plaintiff Lloyd Cook brought this action seeking review of the Commissioner's final

decision to deny disability insurance benefits and supplemental security income.  In a September

2, 2014 Opinion & Order, Judge Redden reversed the Commissioner's decision and ordered that

the case be remanded for further proceedings.[1]  Judgment was entered on September 2, 2014.

      Upon remand, Plaintiff eventually obtained a favorable decision from an ALJ on March

25, 2016.  Pl.'s Mot. for Fees, Ex. 5, ECF 30-5.  Plaintiff now seeks an award of fees pursuant to

42 U.S.C. § 406(b).  Defendant has no objection to the request.  I have reviewed the record in the

---

      [1]  The case was reassigned to me on October 26, 2016.  ECF 28.

1 - ORDER

case, the motion, and the supporting materials including the award of benefits, the fee agreement

with counsel, and the recitation of counsel's hours and services.  Applying the standards set by

Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002), I find the requested fees reasonable.

I grant the motion [30] and award Plaintiff's counsel $20,191 in attorney's fees under 42

U.S.C. § 406(b).  Previously, Judge Redden awarded Plaintiff attorney's fees in the amount of

$3,735.87 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  ECF 23.  When

issuing the § 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to

subtract the amount previously awarded under EAJA and send Plaintiff's attorney the balance of

$16,455.13, less any applicable processing fees as allowed by statute.  Any amount withheld after

all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

Dated this _____ day of _____, 2017

Marco A. Hernandez
United States District Judge

2 - ORDER